## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Robert M. Levy     **DATE:** 7/25/13

**DOCKET NUMBER:** 13-653M     **LOG #:** 2:54 – 3:57    5:16 – 5:33

**DEFENDANT'S NAME:** Colette Robertson
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL:** Mitchell Golub
___ Federal Defender    ✓ CJA    ___ Retained

**A.U.S.A:** Margaret Gandy     **DEPUTY CLERK:** Felix Chin

**INTERPRETER:** _____ (Language)

__Detention__ Hearing held. __Detention__ Hearing adjourned to 7/26/13 @ 2:00

✓ Defendant was released on $150,000 PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

**3** Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

___ Order of Speedy Trial entered. Code Type___ Start___ Stop___

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Dfse counsel presented a bail package with 3 sureties; gov't opposed; court sets bond @ $150,000. PH waived. Release is stayed until 7/26/13.