## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Roanne L. Mann          **DATE :** 11/14/13

**DOCKET NUMBER:** 13CR486(KAM)          **LOG #:** 239-250

**DEFENDANT'S NAME :** Colette Robertson
   ✓ Present   ___ Not Present   ___ Custody   ✓ Bail

**DEFENSE COUNSEL :** Mitchell Golub
   ___ Federal Defender   ✓ CJA   ___ Retained

**A.U.S.A:** Margaret Gandy          **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** _____ (Language) _____

Bond modification Hearing held. _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

____ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Bond modified as follows: If the aunt will act as third party custodian during supervised visits with daughter that will be pre-approved by Pretrial Services with 48 hours notice.