United States District Court
Southern District of New York
United States of America

vs.                                                              13-CR-486 (KAM)

Colette Robertson,
                    Defendant

_____

New York        )
                :ss.:
New York        )

I, Colette Robertson, being duly sworn, deposes and says that the following is true under the penalties of perjury:

1. I am the Defendant named in the above captioned matter.
2. I am not employed and my sole source of income was unemployment insurance was terminated.
3. My rent is paid thru the section 8 program in the amount of Two Hundred and fourteen Dollars ($214.00) and I do not make any contribution.
4. I receive One Hundred and Eighty-Nine Dollars ($189.00) in food stamps per month.
5. Mr. Martin, my attorney, was retained by my family and his fee was paid by various family members. I have asked if they have any funds to assist in my defense and they have all informed me that they do not.
6. I have no money in my savings or checking account

_____
Colette Robertson

Sworn to me this 13th Day of
May 2014

PAUL MARTIN
Notary Public, State of New York
No. 02MA6021439
Qualified in New York County
Commission Expires March 15, 2015