DtJ

Aug 11th, 2023

DEAR JUDGE MATSUMOTO,

I am writing you because this PRISON where I am at in DANbury, is Transfering me ALL the way to Texas. They reason is because I have completed the F.I.T. Program in 2018 2 FEMALE INTERGRATE TREATMENT I am SHOTS FREE AND work full-time in food SERVICES, I have completed APPRENTICE ship and continue PROGRAMMING as much as Possible. DANbury is also my region where I am close to home with my family.

I will like you to reach out And have my transfer be dynied. Please let me stay at this PRISON for now. They are alot of Inmates here who have finish the program and this is not they region or close to home, who they still have here. They is A Inmate here who they were Transfering who have phone time Than me left She reach out to her judge and law yer, and her transfer was cancle. This is her region also.

thank you
C. RobETTson

You could use med help me to stay here. THE ARE TWO EMAILS

① DAM/ EXec ASSiSTANT @ BOP. GOV

② DAM/ WARden @ BOP. gov

DANBURY PHONE NO:
203-743-6471



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ROBERTSON, COLETTE  82605-053

SEQUENCE: 01842430

Team Date: 06-28-2023

| Facility: | DAN  DANBURY FCI | Proj. Rel. Date: | 11-22-2036 |
|---|---|---|---|
| Name: | ROBERTSON, COLETTE | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 82605-053 | DNA Status: | BRO10220 / 07-26-2013 |
| Age: | 55 | | |
| Date of Birth: | 05-20-1968 | | |

### Detainers

| Detaining Agency | Remarks | |
|---|---|---|
| NO DETAINER | | |

### Current Work Assignments

| Facl | Assignment | Description | Start | |
|---|---|---|---|---|
| DAN | FSL FOOD | FSL FOOD SERVICE | 08-23-2022 | |

### Current Education Information

| Facl | Assignment | Description | Start | |
|---|---|---|---|---|
| DAN | ESL HAS | ENGLISH PROFICIENT | 08-25-2015 | |
| DAN | GED EARNED | GED EARNED IN BOP | 02-17-2021 | |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAN | | V-FOOD SCS MGR DOL APSHIP | 01-11-2023 | CURRENT |
| DAN | C | ACT WORKKEYS CERTIFICATE | 05-11-2023 | 06-15-2023 |
| DAN FSL | C | V-BAKER DOL APPRENTICESHIP | 10-30-2021 | 10-03-2022 |
| DAN FSL | C | HEALTHYRELATIONSHIP SS JOURNAL | 07-18-2022 | 07-24-2022 |
| DAN FSL | C | V-CULINARY ARTS | 03-02-2022 | 07-08-2022 |
| DAN FSL | C | MY PERSONAL HEALTH JOURNAL SS | 05-01-2022 | 06-04-2022 |
| DAN FSL | C | QUIT SMOKING SELF STUDY | 05-01-2022 | 05-14-2022 |
| DAN FSL | C | BEGINNERS ORIGAMI SELF-STUDY | 02-27-2022 | 03-12-2022 |
| DAN FSL | C | BEGINNERS DRAWING SELF-STUDY | 01-30-2022 | 02-19-2022 |
| DAN FSL | C | COOK - APPRENTICE | 03-01-2021 | 09-01-2021 |
| DAN FSL | C | DIABETES AT RISK EDUCATION | 07-23-2021 | 08-27-2021 |
| DAN FSL | C | ANATOMY SELF-STUDY | 06-27-2021 | 07-10-2021 |
| DAN FSL | C | SECOND HALF OF LIFE SS | 02-28-2021 | 03-20-2021 |
| DAN FSL | C | GED 12:00 - 2:00 FSL | 02-22-2018 | 02-17-2021 |
| DAN FSL | C | BOOK CLUB - THE GREAT GATSBY | 06-11-2019 | 07-30-2019 |
| DAN FSL | C | FSL - CREATIVE WRITING | 04-23-2019 | 06-06-2019 |
| DAN FSL | C | MID SUMMER NIGHT DREAM - ACE | 11-01-2018 | 01-31-2019 |
| DAN FSL | C | BEGINNER'S KNITTING CLASS | 10-15-2018 | 12-10-2018 |
| DAN FSL | C | FOUNDATION PROGRAM-FSL | 08-27-2018 | 12-03-2018 |
| DAN FSL | C | MY PLATE HEALTHY FOOD CHOICES | 10-19-2018 | 11-30-2018 |
| DAN FSL | C | PLASTIC CANVAS CLASS | 07-26-2018 | 09-20-2018 |
| DAN FSL | C | ACE-MONEY SMART | 05-22-2018 | 07-24-2018 |
| DAN FSL | W | GED BASIC 8:00-9:30 A.M. - FSL | 12-16-2016 | 02-22-2018 |
| DAN FSL | C | GETTING OUT BY GOING IN | 07-31-2017 | 10-23-2017 |
| DAN FSL | C | PARENTING | 07-27-2017 | 12-14-2017 |
| DAN FSL | C | FSL-REAL BABY PROGRAM | 07-13-2017 | 07-20-2017 |
| DAN FSL | C | ASSERT YOURSELF FOR WOMEN-FSL | 04-19-2017 | 06-15-2017 |
| DAN FSL | C | FSL CIRCLE OF STRENGTH, FORMAN | 04-04-2017 | 06-27-2017 |
| DAN FSL | C | BELIEVE IN YOU;SELF-AWARENESS | 03-02-2017 | 03-23-2017 |
| DAN FSL | C | WOMEN'S RELATIONSHIPS | 02-27-2017 | 04-04-2017 |
| BRO CAD | W | GED FEMALE | 09-02-2015 | 12-05-2016 |
| BRO CAD | C | SQUARE 1 LIFE ESSENTIALS | 10-06-2016 | 12-01-2016 |
| BRO CAD | C | FEMALE RETIREMENT | 08-23-2016 | 08-23-2016 |
| BRO CAD | C | FEMALE FINANCE | 09-07-2016 | 10-04-2016 |
| BRO CAD | C | CROCHET | 08-07-2016 | 09-04-2016 |
| BRO CAD | C | HEALTH EDUCATION PROGRAM | 10-03-2015 | 11-07-2015 |

### Discipline History (Last 6 months)



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ROBERTSON, COLETTE  82605-053

SEQUENCE: 01842430
Team Date: 06-28-2023

| Hearing Date | Prohibited Acts | |
|---|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start | |
|---|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-12-2013 | |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-25-2015 | |

### Current Medical Duty Status Assignments

| Assignment | Description | Start | |
|---|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 01-13-2022 | |
| NO PAPER | NO PAPER MEDICAL RECORD | 12-05-2016 | |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-08-2022 | |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-30-2023 | |

### Current Drug Assignments

| Assignment | Description | Start | |
|---|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 11-03-2016 | |
| ED NONE | DRUG EDUCATION NONE | 09-15-2015 | |

### FRP Payment Plan

| Most Recent Payment Plan | |
|---|---|

**FRP Assignment:**    **COMPLT**    **FINANC RESP-COMPLETED**      Start: 09-29-2015

Inmate Decision:  **AGREED**      **$25.00**              Frequency: **QUARTERLY**
Payments past 6 months:      **$0.00**                 Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:    $895.39          Payments commensurate ?  N/A

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start | |
|---|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-12-2019 | |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 | |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 07-05-2023 | |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 07-05-2023 | |
| N-COGNTV Y | NEED - COGNITIONS YES | 07-05-2023 | |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-29-2021 | |
| N-EDUC N | NEED - EDUCATION NO | 07-05-2023 | |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 07-05-2023 | |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 07-05-2023 | |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 07-05-2023 | |
| N-MEDICL N | NEED - MEDICAL NO | 07-05-2023 | |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 07-05-2023 | |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 07-05-2023 | |
| N-TRAUMA Y | NEED - TRAUMA YES | 07-05-2023 | |
| N-WORK N | NEED - WORK NO | 07-05-2023 | |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 07-05-2023 | |

### Progress since last review

| Participating in Food Service Apprenticeship Program. Completed WORKKEYS. Maintained clear conduct. Maintained job assignment | |
|---|---|



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ROBERTSON, COLETTE  82605-053

SEQUENCE: 01842430
Team Date: 06-28-2023

## Next Program Review Goals

Continue to make progress Food Service Apprenticeship Program.
Request enrollment in a Recreation class.
Maintain clear conduct.
Maintain job assignment.

## Long Term Goals

Complete Food Service Apprenticeship Program by .
Complete recreation class by .

## RRC/HC Placement

No.
Management decision - Will discuss RRC placement 19 month from PRD..

## Comments

Inmate Roberts has no underaged children.

The above case was reviewed, based on balancing public safety against inmate safety with substantial weight assigned to COVID-19 risk factors. She was deemed inappropriate for home confinement placement under the CARES Act, due to offense charge.
No relocation needed. DST close to NYC followed.
407/408 Reviewed & Current
R-MIN

SCHDCL
PLETTE 106 BERTSON # 82605-053
Federal Satellite Low
33 1/2 Pembroke RD
DAH Bury, CT
06811

MRS Kiyo A. MATSUMOTO
United States District
Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

USPS