

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NEM

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 16, 2023

By ECF

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:     United States v. Colette Robertson
                            Criminal Docket 13-486

Dear Judge Matsumoto:

        The parties respectfully submit this letter in accordance with the Court's order and in response to the defendant's August 11, 2023 letter.

        The defendant is currently housed at FCI Danbury but explains that the Bureau of Prisons ("BOP") intends to transfer her to another facility in Texas and requests that the Court intervene so that she may remain at FCI Danbury.  While the Court may make a recommendation about where the defendant can be housed, United States v. Balis, 2007 WL 4116166, at *3 (S.D.N.Y. Nov. 16, 2007) (BOP may consider input from the Court, including whether "the Court has . . .  reason to oppose such a placement, if such a placement is determined by the BOP to be otherwise appropriate for him"); 18 U.S.C. § 3621(b)(4), it does not have the authority to order the Bureau of Prisons to house the defendant in a particular facility.  "The Bureau of Prisons has 'exclusive authority to designate the facility where prisoners will serve a sentence and to order a transfer from one facility to another.'"  United States v. Venkataram, 2016 WL 11448569, at *2 (S.D.N.Y. Dec. 12, 2016) (quoting Owusu-Sakyi v. Terrell, 2010 WL 3154833, at *5 (E.D.N.Y. Aug. 9, 2010)); see also 18 U.S.C. § 3621(b) ("The Bureau of Prisons shall designate the place of the prisoner's imprisonment. . . .  The Bureau may at any time . . .  direct the transfer of a prisoner from one penal or correctional facility to another.").

2

Accordingly, while the Court may make a recommendation to the BOP, the ultimate authority regarding the defendant's housing remains with the BOP. The government takes no position on the defendant's request and counsel for the defendant requests that the Court make the requested recommendation.

Respectfully submitted,

BREON PEACE
United States Attorney

By:  _____/s/_____

Nadia E. Moore
Assistant U.S. Attorney
(718) 254-6362

cc:    Clerk of Court (KAM)
       Paul Martin (via Email and ECF)

2